# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 09-068V
(Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
THOMAS J. CANNY and
JULIA CANNY, parents
of C.C., a minor,

        Petitioners,

        v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: November 2, 2015

Decision on Attorneys' Fees and Costs

## DECISION (ATTORNEY FEES AND COSTS)

    In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on June 16, 2015. On November 2, 2015, the parties filed a joint stipulation of fact concerning attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $20,327.50, representing attorneys' fees and costs for work performed by the law firm of Robert J. Krakow.

    I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $20,327.50 as a lump sum in the form of a check payable jointly to Petitioners and Petitioners' counsel, Robert J. Krakow.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012).

      In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

                                                   /s/ George L. Hastings, Jr.
                                                     George L. Hastings, Jr.
                                                     Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.